RECEIVED
JUL 1 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE FITE PRICE, ET AL. | MISC. CASE NO. 17-mc-111 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Janice Fite Price, as Administratrix and Derivative Claimant; and Charles H. Fite, III and Patricia E. Dunn as Derivative Claimants of the Estate of Marguerite Odell Fite, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __11__ day of July, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE